

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## ORDER

Sitting: Sandee Bryan Marion, Chief Justice[1]
      Karen Angelini, Justice[1]
      Marialyn Barnard, Justice[1]
      Rebeca C. Martinez, Justice
      Patricia O. Alvarez, Justice
      Luz Elena D. Chapa, Justice
      Irene Rios, Justice

On September 24, 2018, appellant filed a Motion for Rehearing and a Motion for Rehearing En Banc. Appellant's Motion for Rehearing and Motion for Rehearing En Banc are DENIED.

It is so ORDERED on October 26, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] Dissents to the denial of the motion for rehearing en banc without requesting a response. See TEX. R. APP. P. 49.2.